UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, et al.,

                                                            08 CV 3864 (DAB)
                                                            ECF ACTION

                   Plaintiff,

        - against -                                  **NOTICE OF APPEARANCE**

F.M.C. CONSTRUCTION, LLC, AURASH
CONSTRUCTION CORP. and GCL GROUP
INC.,

                   Defendants.
------------------------------------------------------------------X

      DEALY & SILBERSTEIN, LLP hereby gives notice of its appearance on behalf of

F.M.C. CONSTRUCTION, LLC, AURASH CONSTRUCTION CORP. and GCL GROUP INC.,

the Defendants in this action, and requests that copies of all motions, notices, and other pleadings

heretofore or hereafter filed or served in this action be furnished to the undersigned.

Dated: New York, New York
       May 16, 2008

                                                              Yours, etc.,

                                                              DEALY & SILBERSTEIN, LLP

                                                              By: _____
                                                                   Milo Silberstein (MS 4637)
                                                              *Attorneys for Defendant F.M.C.*
                                                              *Construction, LLC, Aurash Construction*
                                                              *Corp., and GCL Group Inc.*
                                                              225 Broadway, Suite 1405
                                                              New York, New York 10007
                                                              (212) 385-0066

## AFFIRMATION OF SERVICE

MILO SILBERSTEIN, an attorney duly admitted to practice in the United States District Court, Southern District of New York, affirms under the penalty of perjury, that on the 16th day of May, 2008, I served the Notice of Appearance, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the following addressee:

Michael J. Vollbrecht, Esq.
Gorlick, Kravitz & Listhaus, P.C.
17 State Street, 4th Floor
New York, New York 10004

Dated: New York, New York
       May 16, 2008

_____
MILO SILBERSTEIN (MS 4637)