USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, et al.,

                Plaintiff,

- against -

F.M.C. CONSTRUCTION, LLC, AURASH
CONSTRUCTION CORP. and GCL GROUP
INC.,

                Defendants.
---------------------------------------------------------------X

08 CV 3864 (DAB)
ECF ACTION

**STIPULATION EXTENDING
TIME TO RESPOND TO
COMPLAINT**

The parties who sign this document, by and through their attorneys, constitute all of the parties to this action and stipulate that Defendants, F.M.C. CONSTRUCTION, LLC, AURASH CONSTRUCTION CORP. and GCL GROUP INC., shall have until July 15, 2008 in order to file and serve a response to the Complaint.

Dated: New York, New York
       May 19, 2008

For the Plaintiffs:

GORLICK, KRAVITZ & LISTHAUS, P.C.

By: _____
Michael J. Vollbrecht, Esq.
17 State Street, 4th Floor
New York, New York 10004

For the Defendants:

DEALY & SILBERSTEIN, LLP

By: _____
Milo Silberstein, Esq.
225 Broadway, Suite 1405
New York, New York 10007

SO ORDERED
*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

## ORDER

The Court has considered the attached Stipulation, and IT IS ORDERED that Defendants shall have until July 15, 2008 in order to file and serve a response to the Complaint.

Dated:_____                              _____
                                                                U.S.D.J.