UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND, ANNUITY         08 CV 3864 (DAB)
FUND, and TRAINING PROGRAM FUND, and        ECF ACTION
JOHN J. VIRGA, in his fiduciary capacity as director

                     Plaintiff,                **DEFENDANTS'**
                                                                  **RULE 7.1 STATEMENT**

    - against -

F.M.C. CONSTRUCTION, LLC, AURASH
CONSTRUCTION CORP. and GCL GROUP INC.,

                     Defendants.
------------------------------------------------------------------X

       Pursuant to Federal Rules of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants F.M.C. CONSTRUCTION, LLC, AURASH CONSTRUCTION CORP. and GCL GROUP INC. (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:


      NONE.

Dated: New York, New York
       July 16, 2008

                                      Yours, etc.,

                                      DEALY & SILBERSTEIN, LLP

By: _____
       Marc D. Braverman (MB 2534)
*Attorneys for Defendants F.M.C.*
*Construction, LLC, Aurash*
*Construction Corp. and GCL Group Inc.*
225 Broadway, Suite 1405
New York, New York 10007
(212) 385-0066

TO:    Michael J. Vollbrecht, Esq.
         Gorlick, Kravitz &Listhaus, P.C
         *Attorneys for Plaintiffs*
         17 State Street, 4th Floor
         New York, New York 10004