UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND, ANNUITY        08 CV 3864 (DAB)
FUND, and TRAINING PROGRAM FUND, and       ECF ACTION
JOHN J. VIRGA, in his fiduciary capacity as director

                        Plaintiff,

        - against -

F.M.C. CONSTRUCTION, LLC, AURASH
CONSTRUCTION CORP. and GCL GROUP INC.,

                        Defendants.
------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                                ) s.s.:
COUNTY OF NEW YORK    )

    Marc Braverman, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in New York, New York, and that on July 16, 2008, a true and correct copy of the foregoing Rule 7.1 Corporate Disclosure Statement and Answer and Affirmative Defenses were served by deponent via the Court's ECF filing system.

                                                          _____
                                                          MARC BRAVERMAN

Sworn to on the 17th day of
July, 2008

_____
NOTARY PUBLIC

PATRICIA BROWN
NOTARY PUBLIC, STATE OF NY
NO. 24-4769987
QUALIFIED IN KINGS COUNTY
COMM. EXPIRES APRIL 30, 2010